UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                  Chapter 7
                                        Case No: 20-11820 (MEW)
STANLEY JULES REIFER,

       Debtor
----------------------------------------------------------------x

# STIPULATION AND ORDER EXTENDING TIME TO OBJECT TO THE DEBTOR'S DISCHARGE AND FILE MOTION FOR SUBSTANTIAL ABUSE TO JANUARY 25, 2021

WHEREAS, on August 7, 2020, Stanley Jules Reifer (the "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York, at Bowling Green; and

WHEREAS, Salvatore LaMonica, Esq., was appointed the Interim Chapter 7 Trustee (the "Trustee") of the Debtor's estate; and has since qualified as, and is, permanent Trustee in this matter; and

WHEREAS, pursuant to the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines, dated August 10, 2020, November 23, 2020 was fixed as the last day to file a complaint objecting to the discharge of the Debtor; and

NOW THEREFORE it is stipulated and agreed by and between the undersigned that:

1.     The time for the Office of the United States Trustee to file a Motion for Substantial Abuse under 11 U.S.C. §707(b) is hereby extended to up to and including January 25, 2021.

2.     The Trustee's time to object to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended up to and including January 25, 2021, without prejudice to the Trustee's right to seek a further extension or extensions of such time.

3.     The Trustee and the Office of the United States Trustee may make further applications for extension of time to object to the Debtor's discharge and/or file a Motion for Substantial Abuse

under 11 U.S.C. §707(b) beyond this date as the circumstances may warrant, provided that such Application is made on or before January 25, 2021.

4. This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile signatures herein shall be deemed to be original signatures.

5. The parties hereto consent to the entry of the stipulation as an order in this proceeding.

Dated: Wantagh, New York
November 9, 2020

                Salvatore LaMonica, Esq.
                Chapter 7 Trustee of the Estate of
                Stanley Jules Reifer

          By:  *s/ Salvatore LaMonica*
              Salvatore LaMonica, Esq

Dated: New York, New York
November 6, 2020       Rosen & Associates, P.C.

          By:  *s/ Paris Gyparakis*
              Paris Gyparakis, Esq.
              Attorney for the Debtor

SO ORDERED this ___
day of November 2020
New York, New York

_____
Honorable Michael E. Wiles
United States Bankruptcy Judge